

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION – CIVIL ACTIONS BRANCH**
**500 INDIANA AVENUE NW, Room 5000**
**WASHINGTON, DC 20001**

**Date:**   **12/28/2022**

The Honorable Angela Caesar, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, Washington, D.C. 20001

**In Re:**          **ENGLISH, ALYENE L. Vs. SAFEWAY INC.**

**Civil Action Number:** **2022-CA-004872-B**

**U.S. District Number:** **1:22-cv-03607**

Dear Ms. Angela Caesar:

    Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed in the District of Columbia Superior Court on **11/30/2022** . A certified copy of the docket entries is also enclosed.

    Please acknowledge receipt of our file on a duplicate copy of this letter, and return it to this Court.

                Sincerely,

                Joy Jefferson, Branch Chief
                Civil Actions Branch

**Completed By:** /S/ Erjon Kadriu

Modified: 4/30/2021 jjw

CASE SUMMARY

# CASE SUMMARY
### CASE NO. 2022-CA-004872-B

| ENGLISH, ALYENE L.  Vs.  SAFEWAY INC. | § § § § | Location:<br>Judicial Officer:<br>Filed on: | **Civil Actions**<br>**Epstein, Anthony C**<br>**10/20/2022** |

---

### CASE INFORMATION

**Cause of Action**
Complaint for Negligence Filed

**Description/Remedy**
Action
Complaint for Negligence Filed

Case Type: **Civil II**
Subtype: **Complaint for Negligence Filed**

Case
Status: **12/01/2022   Closed**

**Statistical Closures**
12/01/2022    Notice of Removal to USDC

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**
Case Number          2022-CA-004872-B
Court                    Civil Actions
Date Assigned        10/26/2022
Judicial Officer      Epstein, Anthony C

A TRUE COPY
DATE:
Clerk, Superior Court of
the District of Columbia

Erjon Kadriu

Digitally signed by Erjon Kadriu
DN: cn=Erjon Kadriu, o=DC Superior
Court, ou=Civil Division - Civil
Actions Branch,
email=erjon.kadriu@dcsc.gov, c=US
Date: 2022.12.28 10:31:50 -05'00'

---

### PARTY INFORMATION

*Attorneys*

| **Plaintiff** | **English, Alyene L.** | **Ray, Rosalind R**<br>*Retained*<br>202-722-7282(W) |
|---|---|---|
| **Defendant** | **Safeway Inc.** | **Cuniff, Justin M.**<br>*Retained*<br>443-263-2800(W)<br>**Uria, Carlos Andres**<br>*Retained*<br>202-662-2019(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|

## EVENTS

**11/30/2022**    Notice of Removal to US District Court
Party:  Defendant  Safeway Inc.

**11/30/2022**    Answer to Complaint
Filed By:  Defendant  Safeway Inc.

**10/26/2022**    Case Assigned to Judge
*Case Assigned to Judge*
*The judge was changed from EDELMAN, TODD E to EPSTEIN, ANTHONY C*

**10/26/2022**    Event Scheduled
*Event Scheduled*
*Event: Initial Scheduling Conference-60*
*Date: 01/20/2023 Time: 9:30 am*
*Judge: EPSTEIN, ANTHONY C Location: Courtroom 221*

**10/21/2022**    Initial Order and Addendum Issued (60 Days)
*Initial Order and Addendum Issued (60 Days)*

*Initial Order-60 Days*
*Sent on: 10/21/2022 11:32:22.86*

**10/21/2022**    Event Scheduled

# CASE SUMMARY
## CASE NO. 2022-CA-004872-B

|  |  |
|---|---|
|  | *Event Scheduled* |
|  | *Event: Initial Scheduling Conference-60* |
|  | *Date: 01/20/2023 Time: 9:30 am* |
|  | *Judge: EDELMAN, TODD E Location: Courtroom JM-4* |
| 10/20/2022 | eComplaint Filed |
|  | *eComplaint Filed. Submitted 10/20/2022 16:05.kc.* |
|  | *Attorney: RAY, Ms ROSALIND R (457514)* |
|  | *ALYENE L. ENGLISH (Plaintiff);* |
| 10/20/2022 | Complaint for Negligence Filed |
|  | *Complaint for Negligence Filed Receipt: 502909 Date: 10/21/2022* |

## HEARINGS

01/20/2023  **Initial Scheduling Conference-60** (9:30 AM)  (Judicial Officer: Epstein, Anthony C ;Location: Courtroom 221)

| DATE | FINANCIAL INFORMATION |
|---|---|

**Plaintiff**  English, Alyene L.

| | |
|---|---:|
| Total Charges | 120.00 |
| Total Payments and Credits | 120.00 |
| **Balance Due as of  12/28/2022** | **0.00** |

*Printed on 12/28/2022 at 9:25 AM*

eFiled
11/30/2022 3:18:24 PM
Superior Court
of the District of Columbia

**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| ALYENE L. ENGLISH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : **Case No.: 2022 CA 004872 B** |
| | : **Hon.  Anthony C. Epstein** |
| SAFEWAY, INC., | : **Next Event:   Initial Scheduling** |
| | : **Conference – 1/20/2023 - 9:30 a.m.** |
| | : |
| Defendants. | : |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO:    Clerk of the Court – Civil Division
       Superior Court for the District of Columbia

PLEASE TAKE NOTICE that Defendant, Safeway, Inc. ("Safeway" or "Defendant"), has this date removed the above captioned action from the Superior Court for the District of Columbia, in which it was originally filed, to the United States District Court for the District of Columbia.  Attached hereto as **Exhibit 1**, and made part hereof, is a copy of the Notice of Removal (without exhibits) which has been filed in the United States District Court for the District of Columbia.

Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

Date:  November 30, 2022

Respectfully submitted,

/s/ Justin M. Cuniff
Justin M. Cuniff, Esq. # 499196
Carlos A. Uria, Esq., #1033890
Kiernan Trebach LLP
One Park Place, Suite 425
Annapolis, MD 21401
Telephone: (443) 263-2800
Facsimile:  (443) 263-2935
Email:  jcuniff@kiernantrebach.com
Email:  auria@kiernantrebach.com
*Counsel for Defendant Safeway, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of November, 2022, a copy of the foregoing *Notice of Filing of Notice of Removal* was mailed and e-filed and served via U.S. Mail upon:

Rosalind R. Ray, Esq.
The Law Offices of Rosalind R. Ray
6856 Eastern Avenue, NW, Suite 208
Washington, D.C. 20012
*Counsel for Plaintiff*

/s/ Justin M. Cuniff
Justin M. Cuniff, Esq. # 499196
Carlos A. Uria, Esq., #1033890
Kiernan Trebach LLP
One Park Place, Suite 425
Annapolis, MD 21401
Telephone: (443) 263-2800
Facsimile:  (443) 263-2935
Email:  jcuniff@kiernantrebach.com
Email:  auria@kiernantrebach.com
*Counsel for Defendant Safeway, Inc.*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALYENE L. ENGLISH,** | ) | |
| **7113 Decatur Street,** | ) | |
| **Hyattsville, MD 20784** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:22-cv-3607** |
| | ) | **Formerly Case No. 2022 CA 004872 B** |
| **SAFEWAY, INC.,** | ) | **Superior Court for the** |
| **11555 Dublin Canyon Road,** | ) | **District of Columbia** |
| **Pleasanton, CA 94588,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF REMOVAL

Defendant Safeway, Inc. ("Defendant"), by and through its undersigned attorneys, KIERNAN TREBACH LLP, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove the above-captioned matter to this Court. The grounds for removal are set forth below.

### Nature of Plaintiff's Claim

1.   On or about October 20, 2022, Plaintiff Alyene English ("Plaintiff"), through counsel, filed the above action against Defendant in the Civil Division of the Superior Court for the District of Columbia, under Case No. 2022 CA 004872 B. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders served in the Superior Court for the District of Columbia as of this date are attached hereto as **Exhibit A**.

2.   The Complaint alleges that Plaintiff sustained injury after slipping and falling due to an object on the floor of the Safeway store located at 1100 4th Street, SW, Washington, D.C. 20024 (the "Store").

3.   The Complaint asserts one count of Negligence against Defendant.

**Procedural Posture**

4.      This action was initiated by Plaintiff on or about October 20, 2022.

5.      Upon information and belief, Defendant has not yet been served in this action.

6.      The Notice of Removal of this case to the United States District Court is being timely filed by Defendant, pursuant to 28 U.S.C. § 1446(b)(2)(B), as service of process has not yet been effected on Defendant.

**Parties**

7.      Plaintiff alleges in Paragraph 2 of the Complaint that she is an individual residing in the State of Maryland.  Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Plaintiff is a citizen of the State of Maryland.

8.      Defendant Safeway, Inc. is a Delaware corporation with its principal place of business in California.  Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Safeway is a citizen of Delaware and California.

**Jurisdiction and Venue**

9.      This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a), (b) and (c).

10.      This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a).  Section 1332(a) provides in pertinent part as follows:

> (a)      The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between-
>
> (1)      citizens of different States....

2

11.     Plaintiff is a citizen of Maryland and Defendant Safeway, Inc. is a citizen of Delaware and California.

12.     Plaintiff's Complaint seeks damages in excess of $75,000, exclusive of interest and costs.

13.     Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000.00 and because this action is between citizens of different states.

14.     Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated her lawsuit and the jurisdiction in which the alleged incident occurred.

15.     There are no other defendants or third-parties in this action.

16.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Superior Court for the District of Columbia, and served along with written notice on Plaintiff's counsel of record.  A copy of the Notice to the Clerk of Removal is attached hereto as **Exhibit B**.

17.     No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendant.

WHEREFORE, Defendant Safeway, Inc. hereby removes the above-captioned action, which is now pending in the Superior Court for the District of Columbia.

DATED this 30th day of November 2022.

Respectfully submitted,

/s/ Justin M. Cuniff_____
Justin M. Cuniff, Esq. # 499196
Carlos A. Uria, Esq. #1033890
Kiernan Trebach LLP
One Park Place, Suite 425
Annapolis, MD 21401
Telephone: (443) 263-2800
Facsimile:  (443) 263-2935
Email:  jcuniff@kiernantrebach.com
Email: auria@kiernantrebach.com
*Counsel for Defendant Safeway, Inc.*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ALYENE L. ENGLISH,** | ) | |
| **7113 Decatur Street,** | ) | |
| **Hyattsville, MD 20784** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:22-cv-3607** |
| | ) | **Formerly Case No. 2022 CA 004872 B** |
| **SAFEWAY, INC.,** | ) | **Superior Court for the** |
| **11555 Dublin Canyon Road,** | ) | **District of Columbia** |
| **Pleasanton, CA 94588,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of November, 2022, a copy of the foregoing *Notice of Removal* was served via first class mail upon:

Rosalind R. Ray, Esq.
The Law Offices of Rosalind R. Ray
6856 Eastern Avenue, NW, Suite 208
Washington, D.C. 20012
*Counsel for Plaintiff*


/s/ Justin M. Cuniff
Justin M. Cuniff, Esq. # 499196
Carlos A. Uria, Esq. #1033890
Kiernan Trebach LLP
One Park Place, Suite 425
Annapolis, MD 21401
Telephone: (443) 263-2800
Facsimile: (443) 263-2935
Email: jcuniff@kiernantrebach.com
Email: auria@kiernantrebach.com
*Counsel for Defendant Safeway, Inc.*

**Case Caption:**   ENGLISH, ALYENE L.   Vs.  SAFEWAY INC.

**To:**   Justin M. Cuniff                                    **Case Number:**   2022-CA-004872-B

## NOTICE OF REMOVAL TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot in this court as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Justin M. Cuniff
Bonner Kiernan Trebach & Crociata LLP
One Park Place
Suite 425
ANNAPOLIS MD  21401

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**  ENGLISH, ALYENE L.   Vs.  SAFEWAY INC.

**To:**  Carlos Andres Uria                     **Case Number:**  2022-CA-004872-B

### NOTICE OF REMOVAL TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot in this court as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.

**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Carlos Andres Uria
BONNER KIERNAN TREBACH & CROCIATA LLP
One Park Place Suite 425
ANNAPOLIS MD  21401

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   ENGLISH, ALYENE L.   Vs.  SAFEWAY INC.

**To:**  Rosalind R Ray                                   **Case Number:**   2022-CA-004872-B

### NOTICE OF REMOVAL TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot in this court as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the praecipe.


**NO FURTHER PLEADINGS WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Rosalind R Ray
LAW OFFICES ROSALIND R RAY
6856 EASTERN AVENUE NW
#208
Washington DC  20012

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

eFiled
11/30/2022 2:01:56 PM
Superior Court
of the District of Columbia

### IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
#### Civil Division

| | | |
|---|---|---|
| ALYENE L. ENGLISH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 2022 CA 004872 B |
| | : | Hon.  Anthony C. Epstein |
| SAFEWAY, INC., | : | Next Event:   Initial Scheduling |
| | : | Conference – 1/20/2023 - 9:30 a.m. |
| | : | |
| Defendants. | : | |

### DEFENDANT SAFEWAY, INC.'S ANSWER TO THE COMPLAINT

COMES NOW, Defendant, Safeway, Inc. ("Safeway" or "Defendant"), by and through its undersigned attorneys, Justin M. Cuniff, Carlos A. Uria, and KIERNAN TREBACH LLP, and files its Answer to the Complaint filed by Plaintiff Alyene L. English ("Plaintiff").

### ANSWER

In specific answer to the enumerated paragraphs of the Complaint, Defendant states as follows:

### JURISDICTION

1.  Paragraph 1 provides a legal conclusion to which no response is required.  To the extent that a response is required, Defendant denies any misreading or misinterpretation of the referenced statutes.

2.  Defendant is without sufficient information to admit or deny the allegations in Paragraph 2 of the Complaint and consequently denies same and demands strict proof thereof.

3.  Defendant admits the allegations in Paragraph 3 that it operates retail supermarkets in the District of Columbia.

## COUNT I - NEGLIGENCE

4.      Defendant reiterates and adopts the responses in Paragraphs 1-3 as if fully restated herein.

5.      Defendants are currently without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations set forth in Paragraph 5 of the Complaint and consequently deny the same and demand strict proof thereof.

6.      Defendants are currently without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations set forth in Paragraph 6 of the Complaint and consequently deny the same and demand strict proof thereof.

7.      Defendant denies the allegations in Paragraph 7 of the Complaint, including all subparts, and demands strict proof thereof.

8.      Defendant denies the allegations in Paragraph 8 of the Complaint, as stated, and demands strict proof thereof.

9.      Defendant denies the allegations in Paragraph 9 of the Complaint and demands strict proof thereof.

10.     Defendant denies the allegations in Paragraph 10 of the Complaint and demands strict proof thereof.

11.     Defendants are currently without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations set forth in Paragraph 11 of the Complaint and consequently deny the same and demand strict proof thereof.

12.     Defendants are currently without sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations set forth in Paragraph 12 of the Complaint and consequently deny the same and demand strict proof thereof.

Defendant denies any and all allegations contained in the Complaint not specifically admitted herein.

WHEREFORE, Defendant, Safeway, Inc. respectfully request that this Court dismiss the Complaint and award Defendant any just and further relief that the Court deems appropriate.

## AFFIRMATIVE DEFENSES

COMES NOW Defendant, Safeway, Inc. ("Safeway" or "Defendant"), by and through its undersigned attorneys, Kiernan Trebach LLP, and asserts the following affirmative defenses.

### FIRST DEFENSE
**(Failure to State a Claim)**

Plaintiff has failed to state a claim upon which relief can be granted.

### SECOND DEFENSE
**(Contributory Negligence)**

If Plaintiff sustained any damages, such were caused or contributed to by the sole and/or contributory negligence of Plaintiff.

### THIRD DEFENSE
**(Assumption of the Risk)**

If Plaintiff sustained any damages as alleged, such were caused or contributed to by the knowing assumption of risk of Plaintiff.

### FOURTH DEFENSE
**(Intervening Causation)**

Plaintiff's alleged damages were directly and proximately caused by Plaintiff's own acts and conduct that intervened between Defendant's acts and conduct and Plaintiff's alleged damages, thereby barring any recovery by Plaintiff.

### FIFTH DEFENSE
#### (Intervening Act by Third Parties)

Plaintiff's alleged damages were directly and proximately caused by the acts of omission and/or commission on the part of third parties, which intervened between the acts and conduct of Defendant and Plaintiff's alleged damages, thereby barring any recovery by Plaintiff from Defendant.

### SIXTH DEFENSE
#### (Causation)

Plaintiff's alleged damages are not causally related to the events alleged in the Complaint.

### SEVENTH DEFENSE
#### (Failure to Mitigate Damages)

Plaintiff has failed to take due and appropriate care in the mitigation of Plaintiff's alleged damages and recovery therefore is barred in whole or in part.

### EIGTHTH DEFENSE
#### (Active Negligence v. Passive Negligence)

Even if Defendant is found negligent, which is expressly denied, such negligence was passive or secondary, and Defendant is not liable to Plaintiff for her alleged damages and injuries, if any, because of the active or primary negligence of third-parties over whom Defendant had no control, whose negligence was not reasonably foreseeable and whose negligence was the direct and proximate cause of any of Plaintiff injuries or damages.

### NINETH DEFENSE
#### (Failure to Join Necessary Party)

Plaintiff has failed to join all necessary parties.

### TENTH DEFENSE
#### (Duty of Care)

Plaintiff's claims must fail, in whole or in part, because Defendant did not breach any duty of care owed to the Plaintiff.

Defendant states that it intends to rely on other affirmative defenses that may become available or apparent during discovery, and hereby reserves the right to amend this Answer to assert such defenses.

WHEREFORE, Defendant, Safeway, Inc., respectfully requests that the Court dismiss with prejudice the Complaint and award it further relief that the Court deems appropriate.

Date:  November 30, 2022

Respectfully submitted,

/s/ Justin M. Cuniff
Justin M. Cuniff, Esq. # 499196
Carlos A. Uria, Esq., #1033890
Kiernan Trebach LLP
One Park Place, Suite 425
Annapolis, MD 21401
Telephone: (443) 263-2800
Facsimile:  (443) 263-2935
Email:  jcuniff@kiernantrebach.com
Email:  auria@kiernantrebach.com
*Counsel for Defendant Safeway, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 30th day of November, 2022, a copy of the foregoing *Answer* was mailed and e-filed and served, via U.S. Mail, on:

Rosalind R. Ray, Esq.
The Law Offices of Rosalind R. Ray
6856 Eastern Avenue, NW, Suite 208
Washington, D.C. 20012
*Counsel for Plaintiff*

/s/ Justin M. Cuniff
Justin M. Cuniff, Esq. # 499196
Carlos A. Uria, Esq., #1033890
Kiernan Trebach LLP
One Park Place, Suite 425
Annapolis, MD 21401
Telephone: (443) 263-2800
Facsimile:  (443) 263-2935
Email:  jcuniff@kiernantrebach.com
Email:  auria@kiernantrebach.com
*Counsel for Defendant Safeway, Inc.*

6

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

ALYENE L. ENGLISH
    Vs.                            C.A. No.      2022 CA 004872 B
SAFEWAY INC.

## INITIAL ORDER AND ADDENDUM

**Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby** ORDERED **as follows:**

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

**Chief Judge Anita M. Josey-Herring**

Case Assigned to: Judge TODD E EDELMAN
Date:      October 21, 2022
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, January 20, 2023
Location:  Courtroom JM-4
             500 Indiana Avenue N.W.
             WASHINGTON, DC 20001

                        CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides,    "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement.    The early mediation schedule shall be included in the Scheduling Order following the ISSC.    Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.    Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.    To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available.    Both forms may be obtained at www.dccourts.gov/medmalmediation.    One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.    Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation.    D.C. Code § 16-2823(a).    If the parties cannot agree on a mediator, the Court will appoint one.    D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826.    Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

**Civil Remote Hearing Instructions for Participants**

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option1:** **(AUDIO ONLY/Dial-in by Phone):**

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the **Audio Alternative**

**Option 2:** **(LAPTOP/ DESKTOP USERS 1):**

Open Web Browser in Google Chrome and copy and paste following address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3:** **(LAPTOP/ DESKTOP USERS 2):**

Open Web Browser in Google Chrome and copy and paste following address https://dccourts.webex.com   Select **Join**, enter the Meeting ID from the next page

**AUDIO ALTERNATIVE**: Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window. Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.



**Option 4:** **(Ipad/SMART PHONE/TABLET):**

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be
- seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

CAIO-60

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Division | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | **WebEx Direct URL** | **WebEx Meeting ID** |
| Auditor Master | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| Civil | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

CAIO-60

| 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
| --- | --- | --- | --- |
| 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

CAIO-60

Filed
D.C. Superior Court
10/20/2022 16:05PM
Clerk of the Court

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH
INFORMATION SHEET

Alyene L. English

Case Number: 2022-CA-004872-B

vs

Safeway, Inc.

Date: _____

☐ One of the defendants is being sued in their official capacity.

Name: *(Please Print)* Rosalind R. Ray-Wilkerson

Firm Name: The Law Office Rosalind R. Ray

Telephone No.: 202-722-7282    Six digit Unified Bar No.: 457514

Relationship to Lawsuit

☐ Attorney for Plaintiff
☐ Self (Pro Se)
☐ Other: _____

TYPE OF CASE: ☐ Non-Jury    ☐ 6 Person Jury    ☒ 12 Person Jury

Demand: $ 850,000.00    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____ Judge: _____ Calendar #: _____

Case No.: _____ Judge: _____ Calendar #: _____

---

NATURE OF SUIT:    *(Check One Box Only)*

## A. CONTRACTS

COLLECTION CASES

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
　　 Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
　　 Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
　　 Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
　　 Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
　　 Under $25,000 Consent Denied

## B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

## C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☒ 16 Negligence- (Not Automobile,
　　 Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
　　 Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE    IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 05 Ejectment
- [ ] 09 Special Writ/Warrants
  (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment

- [ ] 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower

**II.**

- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage
  Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)

- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151.9 (a)]
- [ ] 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- [ ] 21 Petition for Subpoena
  [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

**D. REAL PROPERTY**

- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)

- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

10/20/2022
_____
Date

**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

ALYENE L. ENGLISH

_____
                                    Plaintiff

              vs.                                              Case Number    2022-CA-004872-B

SAFEWAY, INC.

_____
                                    Defendant

**SUMMONS**

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

The Law Office of Rosalind R. Ray
_____
Name of Plaintiff's Attorney

6856 Eastern Ave., NW, Ste. 208                    By _____
_____              Deputy Clerk
Address
Washington, DC  20012                                                         November 16, 2022

240-354-8624                                      Date _____
_____
Telephone
如需翻译，请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역이 필요하시면, (202)879-4828로 전화해 주십시요.        ናtransf. ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                        Super. Ct. Civ. R. 4





### TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
#### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

AYLENE L. ENGLISH
_____
                                    Demandante
                contra

                                                            Número de Caso: _____

SAFEWAY, INC.
_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le requiere entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le requiere presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

The Law Offices of Rosalind R. Ray                    *SECRETARIO DEL TRIBUNAL*
_____
Nombre del abogado del Demandante

6856 Eastern Avenue, NW, Suuite 208              Por: _____
_____
Dirección                                                                        Subsecretario
Washington, DC 20012

202-722-7282                                              Fecha _____
_____
Teléfono

如需要翻譯，請打電話 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

የትርጉም እርዳታ ከፈለጉ (202)879-4828 ይደውሉ        ㄷㄷㄷ ㄷㄷㄷㄷ ㄷㄷㄷㄷ (202) 879-4828 ㄷㄷㄷㄷ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en Inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                            Super. Ct. Civ. R. 4

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### Civil Division

ALYENE L. ENGLISH
7113 Decatur Street
Hyattsville, MD  20784

    **Plaintiff,**

**v.**                                        Civil Action No.  2022-CA-004872-B
                                                             _____

SAFEWAY, INC.
1100 4th Street, SW
Washington, DC

**SERVE:  Registered Agent**
CT CORPORATION SYSTEM
1015 15th Street, NW, Suite 1000
Washington, DC  20005

    **Defendant.**

### <u>COMPLAINT FOR NEGLIGENCE</u>

Comes now the **Plaintiff, ALYENE L. ENGLISH** by and through the undersigned Counsel, and
represents to this Honorable Court as follows:

### <u>JURISDICTION</u>

1.    This Honorable Court has jurisdiction over the subject matter herein complained

of pursuant to the Annotated Code of the District of Columbia. Plaintiff invokes the jurisdiction

of this Court as the cause of action arose in The District of Columbia.

2.    That Plaintiff ALYENE L. ENGLISH at the time of the accident, was a resident

and citizen of The State of Maryland;

3.    That Defendant SAFEWAY, INC. is a grocery store that was and is a company

doing business in the District of Columbia aka New Albertsons, Inc. where it is engaged in the

grocery supply and retail business.

1

## COUNT ONE (NEGLIGENCE)

4.    That the allegations contained in 1-4 are herein incorporated by reference;

5.    That on or about December 27, 2019, Plaintiff ALYENE L. ENGLISH was an invitee shopping in the Safeway, Inc. Store located at 1100 4th Street, SW in Washington, DC and as she walked near the hot food section, she suddenly fell, without warning, on a substance on the floor hitting her head and twisting her back as she fell on the hard floor;

6.    Plaintiff's fall caused her severe bodily injury;

7.    That Defendant Safeway carelessly and negligently acted as hereinafter alleged:

a. **Failing** to keep the floor by the hot food section free from substances which would put someone in harm's way;

b.    **Failing** to keep a proper lookout in the hot food section when customers were frequenting that area;

c.    **Failing** to give full time and attention to the hot food section;

d.    **Failing** to put up any signs to caution customers of hazards;

e.    **Failing** to put down any rubber mats or other protective measures to protect and prevent customers from falling;

8.    That Defendant Safeway had **a duty** to conform to a certain standard of conduct for the protection of others against all unreasonable risks of harm;

9.    That Defendant Safeway **breached** that duty of conduct when failing to protect their invitees/customers, ultimately **failing** to monitor the hot food section and ultimately showing reckless disregard of the consequences of their negligence affecting the life and well being of a customer, thus causing the severe injuries to the Plaintiff;

2

10.    That Defendant Safeway's negligence and actions were the **direct and proximate** cause of Plaintiff's injuries sustained in this incident;

11.    That Plaintiff ALYENE L. ENGLISH suffered pain in her head, neck, spine, and back, coupled with overall body discomfort requiring medical and physical therapy treatment, where Plaintiff was diagnosed with Severe Head Contusion, Lumbar Strain and severe thoracic strain, sprains in the neck, thoracic region, and lumbar region; muscle spasms; and post-concussion syndrome requiring medical and physical therapy treatment, surgery and ongoing medical treatment as well as permanency.

12.    That the sustained injuries have caused Plaintiff to pay and incur expenses for medical care, surgeries, and treatment immediately after the incident, now and in the future.

**WHEREFORE,** Plaintiff prays as follows:

a.    That the Court enter judgment in the amount of Eight Hundred Fifty Thousand Dollars ($850,000.00) to be paid to Plaintiff by Defendant;

b.    That Plaintiff be awarded counsel fees and costs of this action;

c.    And for such other and further relief as to this Court may seem just and proper.

Attestation Clause:

I, ALYENE L. ENGLISH FOR MYSELF state that the aforementioned facts are true and correct to the best of my recollection.

ALYENE L. ENGLISH

Respectfully submitted,

By:

Rosalind R. Ray, Esquire, #457514

The Law Offices of Rosalind R. Ray
6856 Eastern Avenue, NW, Suite 208

Washington, DC 20012

202-722-7282
202-722-7933 Fax

**COUNSEL FOR PLAINTIFFS**

**JURY TRIAL REQUESTED**

4